IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MYRTIS PAULO HART,

    Plaintiff,

v.   No. 23-cv-00453-WJ-KRS

MDC, et al,

    Defendants.

## ORDER TO CURE DEFICIENCY

This matter is before the Court on Plaintiff's Motions to Proceed *In Forma Pauperis* (Docs. 2, 3) (Motions). The Motions are deficient because they do not include a six-month inmate account statement as required by 28 U.S.C. § 1915(a)(2). Plaintiff shall cure this deficiency within thirty days of entry of this Order. All filings must include this case number (No. 23-cv-00453-WJ-KRS). Filing an account statement or making an initial payment in another pending case will not satisfy the requirements of § 1915. *See Bruce v. Samuels,* 577 U.S. 82 (2016) (The requirements of § 1915 apply "each time a prisoner brings a civil action"). The failure to timely comply with this Order may result in dismissal without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall submit a certified copy of his inmate account statement reflecting transactions for a six-month period.

_____
UNITED STATES MAGISTRATE JUDGE